UNITED STATES of America,
Plaintiff–Appellee,

v.

Willis Maurice IRVING, Defendant–Appellant.

No. 06–11196
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 13, 2008.

Gary C. Tromblay, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

---

Willis Maurice Irving, Seagoville, TX, pro se.

Before GARWOOD, GARZA and OWEN, Circuit Judges.

PER CURIAM: *

Willis Maurice Irving appeals his sentence for possession of a firearm by a felon. While he was represented by appointed counsel at sentencing, Irving was allowed great latitude to make arguments (and have witnesses testify) on his own behalf. Nevertheless, Irving argues that the district court erred by denying his requests, made for the first time at the sentencing hearing, to dismiss appointed counsel and represent himself. Because he repeatedly stated that he would "defend" himself but did *not* intend to "represent" himself, Irving's waiver of counsel was not sufficiently "clear and unequivocal." *Burton v. Collins*, 937 F.2d 131, 133 (5th Cir.1991).

AFFIRMED.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.